### 6540.   Smith *v.* The State.

Broyles, J. 1. "Generally the word 'liquor' implies intoxicating liquor,
   and, therefore, proof that a defendant sold 'liquor' is sufficient to show,
   in the absence of adverse testimony, that he sold intoxicating liquor."
   *Carswell* v. *State, 7 Ga. App.* 198 (66 S. E. 488); *Howard* v. *State, 7
   Ga. App.* 61 (65 S. E. 1076); *Lewis* v. *State, 6 Ga. App.* 779 (65 S. E.
   842); *Tompkins* v. *State, 2 Ga. App.* 639 (58 S. E. 1111); *Wilburn* v.
   *State, 8 Ga. App.* 28 (68 S. E. 460).
2. Whether the accused believed that he was dealing with an adult and not
   a minor was a question for the jury.   *Nobles* v. *State, 14 Ga. App.* 480,
   481 (81 S. E. 370).
3. The evidence authorized the verdict, and the court did not err in over-
   ruling the motion for a new trial.                    *Judgment affirmed.*

                         Decided September 17, 1915.

Accusation of furnishing liquor to minor; from city court of Wrightsville—Judge Kent.　April 3, 1915.

*Faircloth & Claxton,* for plaintiff in error.

*B. H. Moye, solicitor,* contra.